IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| STEVEN G. HEIDBRIDER, | ) | Section 641 |
| | ) | |
| Defendant. | ) | |

*JUDGE ADAMS*

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around March 2014 and continuing until in or around July 2017, in the Northern District of Ohio, Eastern Division, Defendant STEVEN G. HEIDBRIDER, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the United States Social Security Administration, an agency of the United States, to wit: Title II Disability Insurance benefits, in the amount of approximately $37,681.51, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.